CAREN P. SENCER, Bar No. 233488
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

KERIANNE STEELE, Bar No. 10995
LAW OFFICES OF KRISTINA L. HILLMAN,
Affiliated with Weinberg, Roger & Rosenfeld
A Professional Corporation
729 Evans Avenue
Reno, Nevada 89512
Telephone 775.770.4832
Fax 775.324.5444

Attorneys for Plaintiffs
CHAD EVANS and DAVID HERNANDEZ


JAMES T. WINKLER, Bar No. 6536
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone 702.862.8800
Fax 702.862.8811

Attorneys for Defendant
INSULATION MAINTENANCE AND CONTRACTING and
TRACEY BULLOCK

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHAD EVANS and DAVID HERNANDEZ on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSULATION MAINTENANCE AND CONTRACTING, PAYROLL SOLUTIONS I, INC., and TRACY BULLOCK<br><br>Defendants. | No.  2:10-cv-01425-LRH-PAL<br><br>ORDER AND STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(e) |

//

//

1  WHEREAS the parties met and conferred on December 1, 2010 as required by Fed. R. Civ. P. 26(f) and the Court's Local Rule 26-1;

3  WHEREAS good cause exists for an extension of the dates set in the Court's Order of November 19, 2010, inasmuch as Caren P. Sencer, attorney for Plaintiffs, is currently away from work on pregnancy leave;

6  IT IS HEREBY STIPULATED by the parties to this action, by and through their counsel of record that the following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **May 30, 2011.**
2. Last date to amend pleadings and add parties: **February 28, 2011.**
3. Last date file interim status report: **March 31, 2011.**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **March 31, 2011.**
5. Last date to disclose rebuttal experts: **April 14, 2011.**
6. Last date to file dispositive motions: **June 29, 2011.**
7. Last date to file joint pretrial order: **July 29, 2011.**

In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

Dated: December 17, 2010

          LAW OFFICES FO KRISTINA L. HILLMAN
          Affiliated with Weinberg, Roger & Rosenfeld

          By: /s/ Kerianne R. Steele
               KERIANNE R. STEELE, Nevada Bar No. 10995
               Attorneys for Plaintiffs

Dated: December 17, 2010

          LITTLER MENDELSON, P.C.

          By: /s/ James T. Winkler
               JAMES T. WINKLER
               Attorneys for Defendant
               INSULATION MAINTENANCE AND
               CONTRACTING and TRACEY BULLOCK

//
//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1  Having reviewed the stipulations of the parties, and good cause appearing therefore, the
2  Court hereby modifies the existing discovery schedule as stipulated by the parties
3  IT IS SO ORDERED.
4  Dated: December 17, 2010.

   _____
   PEGGY A. LEEN
   UNITED STATES MAGISTRATE JUDGE

125062/600901

- 3 -

[PROPOSED] ORDER AND STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(e)        CASE NO. 2:10-cv-01425-LRH-PAL

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001