1
2
3
4
5

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| CHAD EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-01425-LRH-PAL |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| INSULATION MAINTENANCE AND CONTRACTING, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Peggy A. Leen (#56[1]) entered on September 22, 2011, recommending that default be entered against Defendant Payroll Systems, Inc. given that it failed to file a response to the Order to Show Cause (#52) filed on August 24, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#56) entered on September 22, 2011, should be adopted and accepted.

---

[1] Refers to court's docket number.

1       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#56)

2 entered on September 22, 2011, is adopted and accepted, and default judgment shall be ENTERED

3 against Defendant Payroll Systems, Inc.

4       IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment against Defendant

5 Payroll Systems, Inc.

6       IT IS SO ORDERED.

7       DATED this 18th day of October, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE