UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Chad Evans et al

    Plaintiff(s),
vs.

Insulation Maintenance and Contracting et al

    Defendant(s).

Case # 2:10-CV-1425 LRH-PAL

DEFAULT

 It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __August 23, 2010__
(Original, Amended, etc)   (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

 Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Insulation Maintenance and Contracting__

_____

_____

in the above-entitled action is hereby entered.

DATED: __February 6, 2012__   LANCE S. WILSON, CLERK

           By: /s/ Eileen Sterba
             Deputy Clerk