UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Chad Evans et al

        Plaintiff(s),
vs.

Case # 2:10-CV-1425 LRH-PAL

**DEFAULT**

Insulation Maintenance and Contracting et al

        Defendant(s).

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __August 23, 2010__
(Original, Amended, etc)   (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Insulation Maintenance and Contracting__

in the above-entitled action is hereby entered.

DATED: __February 6, 2012__

LANCE S. WILSON, CLERK

By: /s/ Eileen Sterba
Deputy Clerk