# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHAD EVANS, et al., | ) |
|   Plaintiffs, | ) Case No. 2:10-cv-01425-LRH-PAL |
| vs. | ) **ORDER** |
| INSULATION MAINTENANCE AND CONTRACTING, et al, | ) |
|   Defendants. | ) |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #48) filed June 3, 2011, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than February 15, 2012. There are no dispositive motions pending. The only remaining Defendant in this case is Tracy Bullock who is proceeding pro se. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., March 12, 2012**. Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 27th day of February, 2012.

_____
Peggy A. Leen
United States Magistrate Judge