**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAD EVANS, ) | |
| ) | |
|     Plaintiff, ) | 2:10-cv-1425-LRH-PAL |
| ) | |
| vs. ) | |
| ) | **MINUTES OF COURT** |
| INSULATION MAINTENANCE AND CONTRACTING, ) | |
| ) | |
|     Defendants, ) | MAY 23, 2013 |
| _____ ) | |

**PRESENT:** THE HONORABLE **ROBERT A. McQUAID, JR.,** UNITED STATES MAGISTRATE JUDGE
**DEPUTY CLERK:** Alana Kamaka     Liberty #: 9:13:51 - 9:44:13 a.m.
**COUNSEL FOR PLAINTIFF(S):**     Adam J. Luetto, Esq.
**COUNSEL FOR DEFENDANT(S)**:   None Appearing

**PROCEEDINGS:**     **HEARING FOR DAMAGES REGARDING PLAINTIFFS RENEWED MOTION FOR DEFAULT JUDGMENT (#74)**

9:13:51 a.m.     COURT CONVENES.  Also present: Michelle Roth, Spanish Interpreter.  Plaintiffs Witnesses who were present to testify today are those listed on Exhibit 3, Page 1 of 1 of Docket #74-1 filed 1/10/13, Page 62 of 77, with the exception of three witnesses.  (The specific names of these three witnesses who were not present will be listed on the docket in a modified, regenerated minute order to follow.)

Court and counsel discuss preliminary matters.  Mr. Luetto relied on Docket Numbers 70 and 74 as well as the exhibits attached thereto in his presentation to the Court.

9:17:56 a.m.     **CHAD WILLIAM EVANS,** called as a witness on behalf of the Plaintiffs, was sworn and testifies on Direct Examination by Mr. Luetto.  Reference made to Declaration of Chad Evans: Exhibit 2, Page 11 of 52 of Document 74-1 filed 1/10/13, Page 19 of 77.

9:22:26-9:23:15 a.m.     Voir Dire Examination by the Court.
9:23:52-9:24:31 a.m.
9:25:13-9:25:33 a.m.
9:28:57-9:31:55 a.m.
9:34:30-9:35:20 a.m.

Court addressed the plaintiffs witnesses who were present in court with the assistance of the Spanish Interpreter for those who did not speak English as to what information the Court needs from them in order for the case to proceed and make a determination for damages.

**IT IS ORDERED** that Mr. Luetto shall meet and confer with each declarant to obtain answers to the following specific questions:  During the time that each of them were employed by IMAC:  1)  What projects did each of them work on?  2)  How many days did each of them work at those projects?  3)  What wage did each of them earn at those projects?  4)  How much overtime did each of them work while on those projects?  Counsel to come up with revised numbers based on that information.

**IT IS FURTHER ORDERED** that Mr. Luetto shall file a newly Renewed Motion that will include new declarations within 90 days from today or not later than August 21, 2013.  The Court will then determine whether a new hearing is necessary based on its consideration of the new filings.

9:44:13 a.m.     COURT ADJOURNS.

LANCE S. WILSON, CLERK


BY:   /s/ Alana Kamaka
       DEPUTY CLERK
